**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond Edward JAMES,**
**Defendant–Appellant.**

**No. 01–7034.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2001.

Decided Jan. 11, 2002.

Raymond Edward James, Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, NC, for Appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Raymond Edward James appeals the district court's order denying his Fed. R.Crim.P. 35(a) motion. Our review of the record discloses this appeal is meritless. We simply do not agree with James' argument that his sentence of life imprisonment, imposed in 1985 upon his conviction for violating 18 U.S.C.A. § 2113(e) (West 2000), is illegal. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*